May 25, 1979

413 A.2d 1129

Commonwealth v. Bey, Appellant.

Submitted March 31, 1978. John T. Grigsby, III, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.